IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LARRY JAMES RAINEY | § | |
| | § | |
| V. | § | C.A. NO. C-04-525 |
| | § | |
| DOUG DRETKE | § | |

**FINAL JUDGMENT**

In accordance with the Court's Order on Memorandum and Recommendation and Denying Habeas Corpus Petition, the Court renders final judgment denying petitioner's petition for habeas corpus relief. Certificate of appealability is denied.

ORDERED this 4th day of July, 2005.

_____
Janis Graham Jack
United States District Judge